MORGAN D. KING Bar # 050887
Attorney & Counselor at Law
P.O. Box 2952
Dublin, CA 94568
Tel 925 829-6363
Fax 925 829-8724
Morgan@MorganKing.com
Attorney for Plaintiff Nancy Finley

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY H. FINLEY,<br><br>    Plaintiff,<br><br>v.<br><br>DYNAMIC RECOVERY SOLUTIONS, ACCELERATED FINANCIAL SOLUTIONS, CONSUMER RECOVERY ASSOCIATES, LLC, )  and Does 1 through 10<br><br>    Defendants | No: 3:14-cv-04028-TEH<br><br>PROOF OF SERVICE ELECTONICALLY AND BY U.S. POST<br><br>Date June 1, 2015<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Hon. Thelton E. Henderson |

**PROOF OF SERVICE ELECTRONICALLY**

I declare that: I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within entitled cause; I hereby certify that a true and correct copy of the Plaintiff's Response With Points & Authorities, and the Declarations of Morgan D. King and Nancy H. Finley, Plaintiff, was served electronically via CM/ECF to all parties receiving notice via CM/ECF, including the following , on April 28, 2015:

Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel: 619/758-1891
drichard@sessions-law.biz
dkirkpatrick@sessions-law.biz

Jeanne L. Zimmer CARLSON & MESSER LLP 5959 W. Century Boulevard, Suite 1214 Los Angeles, California 90045 Direct: (310) 242-2212 Phone: (310) 242-2200 Fax: (310) 242-2222 Email: Zimmerj@cmtlaw.com

Dated April 29, 2015     _____/S/_Morgan D. King_____
                                          MORGAN D. KING,
                                          Attorney for Plaintiff Nancy H. Finley

Declaration of Morgan D. King in Support of Plaintiff's Response to Motion For Summary judgment

## PROOF OF SERVICE BY U.S. POST

I declare that: I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is:

On Wednesday April 29 2015 I served the Plaintiff's Memorandum and Points And Authorities, and the declarations of Plaintiff Nancy H. Finley and Morgan D. King,, on the persons at the addresses shown below, by placing a true copy thereof enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States mail at Dublin, California, as follows:

Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel: 619/758-1891
drichard@sessions-law.biz
dkirkpatrick@sessions-law.biz

Jeanne L. Zimmer CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214 Los Angeles, California 90045 Direct: (310) 242-2212 Phone: (310) 242-2200 Fax: (310) 242-2222 Email: Zimmerj@cmtlaw.com

Dated April 29, 2015                    _____/S/_ Morgan D. King_____
                                        MORGAN D. KING,
                                        Attorney for Plaintiff Nancy H. Finley