MORGAN D. KING Bar # 050887
Attorney & Counselor at Law
P.O. Box 2952
Dublin, CA 94568
Tel 925 829-6363
Fax 925 829-8724
Morgan@MorganKing.com
Attorney for Plaintiff Nancy Finley

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY H. FINLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DYNAMIC RECOVERY SOLUTIONS, ) <br> ACCELERATED FINANCIAL ) <br> SOLUTIONS, CONSUMER RECOVERY ) <br> ASSOCIATES, ) <br> LLC, ) and Does 1 through 10 ) <br> ) <br> Defendants ) <br> ) <br> ) <br> _____ ) | No: 3:14-cv-04028-TEH <br><br> **DECLARATION OF MORGAN KING RE: MISSING EXHIBITS** <br><br> **WITH EXHIBITS "A" – "C"** <br><br> Date June 1, 2015 <br> Time: 10:00 a.m. <br> Courtroom: 2 <br> Hon. Thelton E. Henderson |

I, Morgan D. King, declare as follows:

1. I am an attorney in good standing with the California State Bar.

2. I am, and have been the Plaintiff's attorney for all times included in the Complaint.

3. I have personal knowledge of the matters stated below.

4. Attached are Plaintiff's Exhibits A-C that apparently did not get filed as attachments to my Declaration of Morgan D. King in Response to Motion for Summary Judgment.

5. It appears that the exhibits, in pdf form, were too large to be filed electronically.

6. The exhibits have been reformatted as jpg.

- 1 –
Declaration of Morgan D. King re: exhibits in Response to Motion For Summary judgment

| Original Creditor: | FIRST USA |
|---|---|
| Reference Number: | 5417122595671403 |
| CRA Account #: | 399278 |
| Balance: | $32,593.29 |



**PAY THIS AMOUNT**



**Consumer Recovery Associates, LLC**
www.consumerrecovery.com
Phone: 866-418-9372
Office Hours:
Monday - Thursday 8:30 A.M to 9:00 P.M. EST.
Friday 8:30 A.M to 5:00 P.M. EST.

Dear NANCY H FINLEY:

Consumer Recovery Associates, LLC (CRA) is the legal owner of the above referenced account. The principal balance reflected above is the amount currently owed to CRA.

In the event that you are unable to pay the principal balance in full, please contact our office to discuss the option of a PAYMENT ARRANGEMENT. We wish to work with you on the arrangement that best suits your current financial needs.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that you dispute the validity of the debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within 30 days after receipt of this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

In order to ensure proper credit is made to this account, please direct all future payments and inquiries to:
**Consumer Recovery Associates, LLC, 2697 International Parkway, Pkwy 4, Suite 270, Virginia Beach, VA 23452.**
Please include your "CRA Account #" in any correspondence.

Sincerely,



K.C. Scott
Recovery Department
1-(866) 418-9372

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

CRA01
CRA.wfd
712339

***Detach Bottom Portion and Return Payment***

TO PAY BY CREDIT CARD, PLEASE COMPLETE THIS SECTION ☐ VISA ☐ MasterCard

| CARD NUMBER | CC-ID# | EXP. DATE |
|---|---|---|
| CARD HOLDER NAME(Please print) | | SIGNATURE |

2697 International Parkway
Pkwy 4, Suite 270
Virginia Beach, VA 23452-7803

48 114 00010152
712339

Please make payment payable to:
Consumer Recovery Associates, LLC
CRA Account #:399278      BALANCE: $32,593.29
AMOUNT ENCLOSED $_____

NANCY H FINLEY
8348 CREEKSIDE DR
DUBLIN CA 94568-3515

Consumer Recovery Associat
2697 International Parkway,
Virginia Beach, VA 23452-78

Exh. A

*handwritten annotations: 11/12/2010 rg; 03/05/2011; 08/19/2011 4th; 11/14/2011; 02/03/2010 last; 5th request reg; COPY COPY COPY*

# MORGAN D. KING
### ATTORNEY & COUNSELOR AT LAW
P.O. BOX 2952
DUBLIN, CA 94568
TEL (925) 829-6363
FAX (925) 829-8724
MORGAN@MORGANKING.COM
WWW.MORGANKING.COM

April 29, 2010

TO:   K.C. Scott
      "Recovery Department"
      Consumer Recovery Associates, LLC
      2697 International Parkway, Pkwy 4
      Suite 270
      Virginia Beach, VA 23452

RE:   Nancy H. Finley
      Your "reference number" 5417 1225 9567 1403
      "CRA Account # 399278"
      Your undated correspondence, attached
      Your failure to respond to request for copy of judgment and your
      Wrongful attempt to collect a non-existent debt
      Our demand for damages in sum of $25,000

Dear Mr. Scott:

Any reference herein below to "you" shall be deemed to include all prior debt-purchasers, collection agencies, attorneys and law firms whose conduct is deemed in violation of our client's rights and applicable state and federal fair-debt collection statutes.

My client, Nancy H. Finley, received the attached undated correspondence from you within the last week.

This correspondence purports to demand payment in the sum of $32,593.29 for a debt which is not owed by our client, is a legal nullity, and which violates the Federal Fair Debt Collection Act in the following respects:

1. You claim that "The principal balance reflected above is the amount currently owed to CRA."

**This is false**. Not only does Ms. Finley deny that she ever owed this sum to any entity called "First USA," or any other entity, but even if she owed it at one time, she does not owe it today due to the **expiration of the statute of limitations** for

- 1 -

*handwritten: B*

FINLEY V. CONSUMER RECOVERY ASSOCIATES, LLC 04/29/2010

claims based on a writing under California Code of Civil Procedure § 337, which is 4 years from date of commencement of the period.

Based on previous correspondence received from you and/or your client or predecessor debt-buyers or other agents or principals, it appears that any such liability was created, and any event commencing the applicable statute of limitations, occurred substantially more than 4 years ago, and there has been no activity on the account that could renew the commencement of such period. **The statute of limitations in which to commence a civil proceeding, has expired.**

Accordingly, we deem your statement to Ms. Finely that she currently owes the amount claimed to be false, and worse, a knowing and **fraudulent misrepresentation**, justifying the imposition of **punitive damages** under California Law.

2. As far back as Feb. 4, 2008, my office corresponded with your attorney, a **Donald S. Burak**[1], of the Pennsylvania Bar, demanding that he **produce a valid copy of any civil suit, judgment, or other civil proceeding** evidencing a valid legal liability. No lawsuit or judgment was ever provided, evidencing your acknowledgment that no such documents exist, and your admission that any commencement of civil proceedings are time-barred. Such conduct is in violation of FFDCPA § 806(4), 807(2), (10).

3. Your correspondence refers to a **period of "30 days from receiving this notice."** However, inasmuch as the correspondence is **entirely undated**, there is no way to legally determine when such 30-day period ostensibly expires.

4. Notwithstanding that my office has notified you and your predecessors in writing that this office represents Ms. Finley in connection with the within, **you and your predecessors have persisted in directing your communications directly to Ms. Finley**, in violation of FFDCPA § 805(a)(2).

As a preliminary matter, we hereby demand that you disclose to us **the amount of money that you paid the previous debt purchaser**, for this so-called liability of Nancy H. Finley.

Please be advised, also, that on account of your continued, repeated, and reckless disregard for the rights of my client, and your clear **fraudulent attempt to extort money from her,** we are prepared to proceed with civil proceedings, seeking actual damages, general damages, exemplary damages, and attorney's fees and costs of litigation.

**Should you prefer to avoid costly civil proceedings, you may settle this claim by paying to our client, care of our law firm, the sum of $25,000.**

---

[1] According to public records, an attorney, Donald Stuart Burak, was suspended from the practice of law by the Supreme Court of New Jersey on or about April 24, 2008, for possession of child pornography (194 N.J. 502); the same subsequently resigned from the Pennsylvania Bar, effective March 10, 2009 (No. 1458 Disciplinary Docket No. 3).

2

FINLEY V. CONSUMER RECOVERY ASSOCIATES, LLC  04/29/2010

If, however, if you elect rather to disregard this demand, we will:

a. Deem your conduct to be **your admission of liability**, or of the allegations of fact justifying our demand;

b. **Seek substantial sums**, not limited to damages limits prescribed by the Federal Fair Debt Collections Act, in the civil courts of California.

<u>We will expect to receive your remittance within 20 days of your receipt of this letter.</u>

If you care to negotiate our claim against you, please feel free to contact me.

Thank you for your gracious and timely attention in the above.

Very truly yours,

Morgan D. King

encl.

cc:  Account Portfolio Management, LLC
     Attn:  Larry Weil, Mary T. Weil
     Donald S. Burak, Esq., LLC
     James G. Fox, III, Registered Agent for CRA



2010 Consumer Recovery