MORGAN D. KING Bar # 050887
Attorney & Counselor at Law
P.O. Box 2952
Dublin, CA 94568
Tel 925 829-6363
Fax 925 829-8724
Morgan@MorganKing.com
Attorney for Plaintiff Nancy Finley

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY H. FINLEY,<br><br>      Plaintiff,<br><br>v.<br><br>DYNAMIC RECOVERY SOLUTIONS, ACCELERATED FINANCIAL SOLUTIONS, CONSUMER RECOVERY ASSOCIATES, LLC,  and Does 1 through 10<br><br>      Defendants | No: 3:14-cv-04028-TEH<br><br>**DECLARATION OF MORGAN KING RE: MISSING EXHIBITS**<br><br>**WITH EXHIBITS "D" – "F"**<br><br>Date June 1, 2015<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Hon. Thelton E. Henderson |

I, Morgan D. King, declare as follows:

1. I am an attorney in good standing with the California State Bar.

2. I am, and have been the Plaintiff's attorney for all times included in the Complaint.

3. I have personal knowledge of the matters stated below.

4. Attached are Plaintiff's Exhibits A-C that apparently did not get filed as attachments to my Declaration of Morgan D. King in Response to Motion for Summary Judgment.

5. It appears that the exhibits, in pdf form, were too large to be filed electronically.

6. The exhibits have been reformatted as jpg.

- 1 –
Declaration of Morgan D. King re: exhibits in Response to Motion For Summary judgment

**MORGAN D. KING**
ATTORNEY & COUNSELOR AT LAW
P.O. BOX 2952
DUBLIN, CA 94568

(925) 829-6363 PHONE
(925) 829-8724 FAX

May 11, 2010

Michelle Lyon
c/o Consumer Recovery Associates, LLC
2697 International Parkway, Pkwy 4
Suite 270
Virginia Beach, VA  23452

Re: My Client: Nancy H. Finley
    Your Company: Consumer Recovery Associates, LLC
    CRA Account #399278
    Our letter dated: April 29, 2010
    Our telephone conversation today, May 11, 2010

Dear Ms. Lyon,

Per our telephone conversation, please forward any and all history of Ms. Finley's file. I am still waiting for a copy of any judgment obtained for this file. This has never been produced.
This will also include the monetary amount Consumer Recovery Associates, LLC, paid for this debt.

Very truly yours,

Morgan D. King

cc: Account Portfolio Management, LLC
    Attn: Larry Weil, Mary T. Weil
    Donald S. Burak, Esq., LLC
    James G. Fox, III, Registered Agent for CRA

## MORGAN D. KING
ATTORNEY & COUNSELOR AT LAW
P.O. Box 2952
DUBLIN, CA 94568

(925) 829-6363 PHONE
(925) 829-8724 FAX

July 10, 2012

K.C. Scott
"Recovery Department"
Consumer Recovery Associates, LLC
2697 International Parkway, Pkwy 4
Suite 270
Virginia Beach, VA  23452

RE: Nancy H. Finley
Your "reference number" 5417 1225 9567 1403
"CRA Account # 399278"
See copy of our correspondence to you dated April 29, 2010
Our demand for damages in sum of $25,000

Dear K.C. Scott,

We are still waiting for the sum of $25,000 for damages.

We have never received any response from you, or your company regarding our demand.

The sum of $25,000 should be mailed directly to my office, ASAP.

Very truly yours,

Morgan D. King

encl.

cc: Account Portfolio Management, LLC
    Attn: Larry Weil, Mary T. Weil
    Donald S. Burak, Esq., LLC
    James G. Fox, III, Registered Agent for CRA
    client

## MORGAN D. KING
ATTORNEY & COUNSELOR AT LAW
P.O. Box 2952
DUBLIN, CA 94568

(925) 829-6363 PHONE
(925) 829-8724 FAX

February 5, 2013

K.C. Scott
Recovery Department
Consumer Recovery Associates, LLC
2697 International Parkway, Pkwy 4
Suite 270
Virginia Beach, VA, 23452

Re: Nancy H. Finley
    Your reference number: 5417 1225 9567 1403
    CRA Account # 399278
    Our Repeated Demand for Damages in the sum of $25,000

Dear K.C. Scott,

I demand to know why your office never responds to my repeated demands for the sum in damages of $25,000.

I have mailed, and faxed, numerous demands to your attention, with no reply.

I will have no choice but to review other options in this matter if you remain silent.

Very truly yours,

Morgan D. King

encl.

cc: Account Portfolio Management, LLC
    Attn: Larry Weil, Mary T. Weil
    Donald S. Burak, Esq.
    James G. Fox, III, Registered Agent for CRA
    Client