MORGAN D. KING Bar # 050887
Attorney & Counselor at Law
P.O. Box 2952
Dublin, CA 94568
Tel 925 829-6363
Fax 925 829-8724
Morgan@MorganKing.com
Attorney for Plaintiff Nancy Finley

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY H. FINLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DYNAMIC RECOVERY SOLUTIONS, ) <br> ACCELERATED FINANCIAL ) <br> SOLUTIONS, CONSUMER RECOVERY ) <br> ASSOCIATES, ) <br> LLC, ) and Does 1 through 10 ) <br> ) <br> Defendants ) <br> ) <br> ) <br> _____ ) | No: 3:14-cv-04028-TEH <br><br> **DECLARATION OF MORGAN KING RE: MISSING EXHIBITS** <br><br> **WITH EXHIBITS "G" – "I"** <br><br> Date June 1, 2015 <br> Time: 10:00 a.m. <br> Courtroom: 2 <br> Hon. Thelton E. Henderson |

I, Morgan D. King, declare as follows:

1. I am an attorney in good standing with the California State Bar.

2. I am, and have been the Plaintiff's attorney for all times included in the Complaint.

3. I have personal knowledge of the matters stated below.

4. Attached are Plaintiff's Exhibits G-I that apparently did not get filed as attachments to my Declaration of Morgan D. King in Response to Motion for Summary Judgment.

5. It appears that the exhibits, in pdf form, were too large to be filed electronically.

6. The exhibits have been reformatted as jpg.

- 1 –
Declaration of Morgan D. King re: exhibits in Response to Motion For Summary judgment

- 2 –

7. The exhibits are incorporated by reference as attachments to my Declaration, file # 30 on the case history, filed April 28, 2015.

I declare under penalty of perjury that the foregoing is true and correct, and is based on my personal knowledge of the same, except as to those matters stated on information and belief, and as to those statements I believe them to be true. Signed at Dublin, California, on

Dated May 06, 2015

_____/S/_Morgan D. King_____

MORGAN D. KING,
Attorney for Plaintiff Nancy Finley

**EXHIBITS ARE ATTACHED**

The letters identifying which document is referred to respectively are hand-written at the lower right corner of the first page of the document.

Nancy H Finley
8348 Creekside Dr
Dublin CA 94568-3515



May 7, 2014

PO BOX 25759 • GREENVILLE, SC 29616-0759



**You currently owe $39,969.99**
**Original Creditor: FIRST USA**
**Current Owner: Accelerated Financial Solutions**
**You DO Have Options!**

 Our office will allow you to settle your account for $13,989.50 if payment is received before 6/15/2014. We are not obligated to renew this offer. Upon receipt and clearance of your payment, this account will be considered satisfied and closed, and a settlement letter will be issued.

 Our office will allow you to settle your account for $19,985.00 in 2 payments starting on 6/15/2014. We are not obligated to renew this offer. The payments can be no more than 30 days apart. Upon receipt and clearance of these two payments of $9,992.50, this account will be considered satisfied and closed, and a settlement letter will be issued.

 Our office will allow you to settle your account for $25,980.49 in 4 payments starting on 6/15/2014. We are not obligated to renew this offer. The payments can be no more than 30 days apart. Upon receipt and clearance of these four payments of $6,495.12, this account will be considered satisfied and closed, and a settlement letter will be issued.

 If you are unable to accept one of the above settlement offers, please contact our office for a partial payment plan that you can afford. In many cases we can freeze the interest while you are adhering to a partial payment plan. We take pride in working with all customers, regardless of your current financial position.

Please contact us at 1-877-858-4197 if you have any questions. There may be other options available.

☎ 1-877-858-4197

🖱 www.gotodrs.com/webpay
Your online password will be the last 4 digits of your SSN or your current account number.

✉ **PO BOX 25759, GREENVILLE, SC 29616-0759**

ACH DISCLOSURE: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When information from your check is used to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that you dispute the validity of the debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon you written request within 30 days after receipt of this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

▲ Please Detach And Return in The Enclosed Envelope With Your Payment ▲

PO BOX 25759
GREENVILLE, SC 29616-0759

154 330 00041985
400597

| For on-line payment, visit us at www.gotodrs.com/webpay | | |
|---|---|---|
| TO PAY BY CREDIT CARD, PLEASE COMPLETE THIS SECTION | VISA ☐ | MasterCard ☐ |
| CARD NUMBER | | EXP. DATE |
| SIGNATURE | | SECURITY CODE |
| ACCOUNT # AFS0114AMG28325 | CIRCLE PAYMENT OPTION  1  2  3  4 | AMOUNT |

DYNAMIC RECOVERY SOLUTIONS
PO BOX 25759
GREENVILLE, SC 29616-0759

Nancy H Finley
8348 Creekside Dr
Dublin CA 94568-3515



00041985
4OPT
DRS.wfd

Federal law prohibits certain methods of debt collection, and requires that we treat you fairly. You can stop us from contacting you by writing a letter to us that tells us to stop the contact or that you refuse to pay the debt. Sending such a letter does not make the debt go away if you owe it. Once we receive your letter, we may not contact you again, except to let you know that there won't be any more contact or that we intend to take a specific action. If you have a complaint about the way we are collecting this debt, please write to us at PO Box 25759 Greenville, SC 29616-0759, email us at support@gotodrs.com or call us toll-free at 1-877-858-4197 between 9:00 A.M. and 5:00 P.M. EST, Monday - Friday.

The Federal Trade Commission enforces the Fair Debt Collection Practices Act (FDCPA). If you have a complaint about the way we are collecting your debt, please contact the FTC online at www.ftc.gov; by phone at 1-877-FTC-HELP; or by mail at 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.

**California Residents:**
As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described on the front of this letter.
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.
Nonprofit credit counseling services may be available in the area.

**Colorado Residents:   717 17th Street Suite 2300 Denver, CO 80202-3317 1-866-436-4766**
A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Toll Free No. (866) 996-1535
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA ;

**Idaho Residents:**
If the debt collector has a managerial or financial interest in the creditor, or the creditor has a managerial or financial interest in the debt collector, every communication with the debt must disclose the interest.
135 Interstate Blvd Ste 6 Greenville, SC 29615. Toll Free No. (866) 996-1535.

**Kansas Residents:**
An investigative consumer report, which includes information as to your character, general reputation, personal characteristics and mode of living, has been requested. You have the right to request additional information, which includes the nature and scope of the investigation.

**Massachusetts Residents:**
NOTICE OF IMPORTANT RIGHTS:
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.
Office Hours:  M-F 8:00 a.m. to 5:00 p.m.

**Maine Residents:**  Hours of Operation:  M-F 8:00 a.m. to 5:00 p.m. Toll Free No. (866) 996-1535

**Minnesota Residents:**  This collection agency is licensed by the Minnesota Department of Commerce.

**North Carolina Residents:**  North Carolina Permit: 103516

**New York City Residents:**  New York City Department of Consumer of Affairs License Number 612800

**Tennessee Residents:**  This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**Utah Residents:**  As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. We will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described on the front of this letter.

**Washington Residents:**  This collection agency is licensed in the State of Washington at the following address:
Collection Agency Program, Department of Licensing, PO Box 9034, Olympia, WA  98507-9034.

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will: obtain verification of the debt or obtain a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within thirty (30) days after receiving this notice, this office will provide you with the name and address of the original creditor. This is an attempt to collect a debt; any information obtained will be used for that purpose. This communication is from a debt collector.

# MORGAN D. KING
ATTORNEY & COUNSELOR AT LAW
P.O. Box 2952
DUBLIN, CA 94568

(925) 829-6363 PHONE
(925) 829-8724 FAX



## FINAL DEMAND FOR SETTLEMENT

June 4 2014

Accelerated Financial Services, dba Dynamic Recovery Solutions
P.O. Box 25759
Greenville, SC 29616-0759

RE:   Nancy Finley
      8348 Creekside Dr.
      Dublin, CA 94568
      Nancy Finley v. Accelerated Financial Solutions,
      dba Dynamic Recovery Solutions, et. al.

      Correspondence to Plaintiff Nancy Finley dated May 19 2014

Dear Sir:

I represent Nancy Finley in a pending civil suit against your company for violations of, among other things, the Federal Fair Debt Collection Practices Act.

I am sending this letter to reply to the letter you sent to her dated May 19, 2014 (copy attached).

In your letter, you demanded "settlement" of a debt ostensibly owed by Ms. Finley.

Your letter states, among other things, that if you do not hear from her within 30 days of receipt of the letter, you will assume she owes the alleged debt.

You are on notice that Ms. Finley denies that she owes the alleged debt.

In our opinion, your correspondence and your conduct violate the Federal Fair Debt Collection Practices Act[1] in the following respects:

1. You, as principal and agent of nine other "debt collectors" have refused to direct your correspondence to this office as the Plaintiff's legal counsel, despite request to do so[2];

---

[1] 15 U.S.C. § 1692 et seq.



2. You, as principal and agent of nine other "debt collectors," have repeatedly refused to provide her with any documentation of the alleged debt, including any documents evidencing that it is her debt, copies of any civil proceedings such as summons, complaint, and Judgment; any other relevant documents evidencing this matter[3];

3. You, as principal and agent of nine other "debt collectors," have failed to disclose that the California statute of limitations for the alleged debt expired years ago, and neither you nor any of your predecessors have the ability to commence civil proceedings against her[4];

4. Other errors, omissions, and tortious conduct set forth in her Complaint, and other violations, according to proof.

On April 29, 2010 my office directed correspondence to Consumer Recovery Associates, LLC,[5] ("CRA"), describing violations of the FDCPA, and demanding settlement of $25,000 payable to Nancy Finley within 10 days from the date of that letter.

Consumer Recovery Associates, LLC, did not reply to that letter, and did not remit the demanded sum for settlement of her claim against CRA. No other defendant replied.

The plaintiff is a typical unsophisticated consumer with only 'rudimentary knowledge about the financial world' within the meaning of the FDCPA[6].

The acts of the defendants have proximately caused the Plaintiff to suffer serious mental and emotional distress, physical pain and suffering, and other injuries.

Accordingly, this office has prepared a civil lawsuit, summons, and cover sheet, to be filed in the United States District Court, Northern District of California, 12 days after the date of this letter (May 29 2014), that is, June 16, 2014 unless my office hears from you in writing before that date and you offer credible reasons why she should not proceed with her suit.

Finally, you are on notice that Ms. Finley instructs you to direct any future correspondence regarding this matter to my office, as her legal counsel.

Very truly yours,

*Morgan D. King*
Morgan D. King
CA State Bar # 050887

Encl.

---

[2] 15 U.S.C. § 1692c(a)(2)
[3] 15 U.S.C. § 1692g(a), Validation of debts, and § 1692g(b), Disputed debts
[4] 15 U.S.C. § 1692e(2)(A), legal status of a debt, and § 1692(10).
[5] This debt collector also attempted to assign liability of the same debt to the Plaintiff.
[6] *Delgado v. Capital Mgmt. Serv. LP* (C.D. Ill., 2013).

2

| Custom Fields | |
|---|---|
| Open Date | MM/DD/YY |
| Charge Off Date | 08/31/2001 |
| Charge Off Amount | |
| Account Type (CID4) | |
| Last Amt Paid Prior to Ref | 20010304.00 |
| Minimum SIF% | 30.0 |
| Contingency Fee | |
| Campaign Name | SC-MID-HIGHSCORE-4OPT-05072014 |
| ChkNo | |
| ChkDate | |
| BankRoutingNo | |
| BankAcctNo | |
| StoreNo | |
| Reason | |
| Office_Code | |
| Distribution_Code | |
| FFPS, PAAM curr account ow... | |
| FFPS, PAAM Portfolio ID | |

Save

CONFIDENTIAL - DRS00003

Historical Converted Data

| Field | Value |
|---|---|
| AcctID | 165 |
| AcctID2 | FIRST USA |
| AcctID3 | 5417122S95671403 |
| AcctID4 | |
| AcctID5 | |
| AcctID6 | |
| AcctID7 | |
| AcctID8 | 1/01/2013 |
| AcctID9 | CREDIT CARD |
| AcctID10 | |
| AcctID11 | |
| AcctID12 | |
| IsSettled | N |
| FileType | AFS50 |
| IsSold | Y |
| CoreClientName | Accelerated Financial Solutions |
| ABL_Acctnumber | AFS0114AMG28325 |
| PortfolioName | AFS_20140128 |
| ADL_Misc1 | |
| SIFAmt | 0.00 |
| Settlement Date | MM/DD/Y |
| Principal Balance | 17819.88 |
| Org Balance | 39969.99 |
| Current Balance | 39969.99 |
| Sold_To | |
| Sold_Date | |
| Sold To Phone Num | |

1-2

CONFIDENTIAL - DRS00004

Current TMZ Time : 09:36  Time Since Last Set 0:12:36 Minutes

| Welcome Rob | VIEW ACCOUNT INFORMATION FOR AFS0114AMG28325 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Queue Status | Call Queue | Search | Recko | SnapShot | Routing Tool | Refresh | Switch To | Logout |

| First Name | Last Name | SSN | | | |
|---|---|---|---|---|---|
| NANCY H | FINLEY | -1684 | | | |
| **Address** | **Address 2** | **City** | **State** | **Zip** | **TMZ** |
| 8348 CREEKSIDE DR | | DUBLIN | CA | 94568 | PST |

| Curr $ | Org $ | Org + Fee $ | CO Date | Open Date | LP Date | Bad Fee | Interest | MIN SIF % | MIN SIF $ |
|---|---|---|---|---|---|---|---|---|---|
| 39969.99 | 17819.88 | 39969.99 | 08/31/2001 | | 03/04/2001 | | 22150.11 | 50 % | 19985.00 |

| Store No | Rout No | Acct No | Ret Reason | PortID | Agreed Amt $ | Int Rate | Conting |
|---|---|---|---|---|---|---|---|
| | | | | AFS_20140128 | 39969.99 | 10.00 % | 50.00 % |

| C-ID2 | C-ID3 | C-ID4 | Calc Int |
|---|---|---|---|
| FIRST USA | 5417122595671403 | | N |

| C-ID5 | C-ID6 | C-ID7 | Residence Since Date |
|---|---|---|---|
| | | | 1/01/2013 |

| C-ID9 | Debt Type | Purchase Date | Last Pay Amt | Charge Off Amt |
|---|---|---|---|---|
| CREDIT CARD | AFS50 | | | |

| Two Party Consent to Record State | THIS ACCOUNT IS CLOSED ON 06/10/2014 WITH REASON : LEGAL |
|---|---|

## Additional > View Notes

**VIEW NOTES**

ALT | BKY | DBT | DEC | HBS | LGL | PHS | CKE | CHK | CCD | RNK | FEE | PTP | CRR | LCA | SKP | FLN | SPD

You are viewing "NANCY H FINLEY" Account.

| Code | UserID | DateTime | Note |
|---|---|---|---|
| AT | robleb | 06/10/2014 12:36 | Account Sold approved On 06/10/2014. |

1-3

| | | | |
|---|---|---|---|
| AT | robleb | 06/10/2014 12:35 | Account Sold On 06/10/2014 With Reason Legal. |
| AT | robleb | 06/10/2014 12:29 | AFS0114AMG28325', 'Phone number 9258292816 edited.Outcome - Do Not Call. Status - DNC |
| SR | robleb | 06/10/2014 12:29 | Account Status LAWSUIT RECEIVED entered. |
| DC | robleb | 06/10/2014 12:29 | DC checked |
| DC | robleb | 06/10/2014 12:29 | |
| AT | admin | 06/07/2014 15:47 | Call OutCome - Phone : 9258292816 - ResultCode : Left Message |
| AT | admin | 05/30/2014 07:08 | Call OutCome - Phone : 9258292816 - ResultCode : Hung Up in Opening - CallConnectTime : 05/29/2014 12:58 - CallEndTime : 05/29/2014 12:58 returned with Skill Name Portfolio RPC_28106 |
| AT | lesbel | 05/07/2014 12:23 | 4OPT was sent on 5/7/2014 |
| AT | admin | 04/19/2014 03:54 | Call OutCome - Phone : 9258292816 - ResultCode : AGENT - No Message Left - CallConnectTime : 04/18/2014 12:46 - CallEndTime : 04/18/2014 12:47 returned with Skill Name Portfolio_QCMid |
| CO | sadiqu | 04/18/2014 12:47 | Account Status COLLECTIONS entered. |
| CC | sadiqu | 04/18/2014 12:47 | 9258292816--obc--dead air |
| AT | admin | 04/18/2014 07:23 | Call OutCome - Phone : 9258292816 - ResultCode : Left Message |
| AT | admin | 04/16/2014 08:20 | Call OutCome - Phone : 9258292816 - ResultCode : Left Message |
| AT | admin | 03/26/2014 02:47 | Call OutCome - Phone : 9258292816 - ResultCode : Left Message |
| AT | admin | 03/19/2014 04:34 | Call OutCome - Phone : 9258292816 - ResultCode : Left Message |
| AT | admin | 03/12/2014 03:11 | Call OutCome - Phone : 9258292816 - ResultCode : Left Message |
| AT | admin | 03/08/2014 04:47 | Call OutCome - Phone : 9258292816 - ResultCode : Left Message |
| AT | admin | 02/04/2014 04:02 | Equifax Credit : BWR Old Information: Address:8348 CREEKSIDE DR City:DUBLIN State:CA Zip:94568 Date of Birth: |

j-4

CONFIDENTIAL - DRS00006



| Account | Date | Time | Date of W | User | Account History Notes | Account Follow Next Work Date | Series | Next D. | Letter # in S... | Desk | Status | Hist Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02487... | 07/16/2014 | 14:00 | - | CRIBIL | Res PRL PENDING RECALL | - | - | - | - | UNK | PPA | Result Code |
| 02487... | 07/16/2014 | 14:00 | - | CRIBIL | Category Chg: n/a To PRL | - | - | - | - | UNK | PPA | Category Cha... |
| 02487... | 07/31/2014 | 09:04 | - | ACTADM | SOD WORKFLOW MANAGER EXECUTED | - | - | - | - | - | - | - |
| - | 07/31/2014 | 09:04 | - | - | SOD WORKFLOW CODE=PRLCLR-REMOVE PRL CATEGORY Activity Type=WRKF... | - | - | - | - | - | - | - |
| 02487... | 07/31/2014 | 09:04 | - | ACTADM | Category Chg: PRL To ACT | - | - | - | - | - | - | Category Cha... |
| 02487... | 08/08/2014 | 14:31 | Fri | JONBRO | Res LSR Lawsuit Received | - | - | - | - | HRK | NAC | Result Code |
| 02487... | 08/08/2014 | 14:31 | Fri | JONBRO | Act LGL Legal-A0 | - | - | - | - | HRK | NAC | Activity Code |
| 02487... | 08/08/2014 | 14:31 | Fri | JONBRO | Desk Chg: UNK To HRK | - | - | - | - | HRK | NAC | Desk Change |
| 02487... | 08/08/2014 | 14:31 | Fri | JONBRO | Status Chg: PPA To NAC | - | - | - | - | HRK | NAC | Status Change |
| 02487... | 09/18/2014 | 12:00 | - | CRIBIL | Res LGL LEGAL CATEGORY UPDATE | - | - | - | - | HRK | NAC | Result Code |
| 02487... | 09/18/2014 | 12:00 | - | CRIBIL | Category Chg: ACT To LGL | - | - | - | - | HRK | NAC | Category Cha... |
| 02487... | 01/09/2015 | 14:12 | - | CRIBIL | SOD WORKFLOW MANAGER EXECUTED | - | - | - | - | - | - | - |
| - | 01/09/2015 | 14:12 | - | - | SOD WORKFLOW CODE=MINSIF-MIN SIF % UPDATE Activity Type=WRKFLO | - | - | - | - | - | - | - |
| 02487... | 01/09/2015 | 14:12 | - | CRIBIL | SOD WORKFLOW MANAGER UPDATED FIELD: | - | - | - | - | - | - | - |
| - | 01/09/2015 | 14:12 | - | - | dbt_fld_06: 50.0 To 30.0 | - | - | - | - | - | - | - |

1-5

CONFIDENTIAL - DRS00001





CONFIDENTIAL - DRS00002