MORGAN D. KING Bar # 050887
Attorney & Counselor at Law
P.O. Box 2952
Dublin, CA 94568
Tel 925 829-6363
Fax 925 829-8724
Morgan@MorganKing.com
Attorney for Plaintiff Nancy Finley

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY H. FINLEY,<br><br>    Plaintiff,<br><br>v.<br><br>DYNAMIC RECOVERY SOLUTIONS, ACCELERATED FINANCIAL SOLUTIONS, CONSUMER RECOVERY ASSOCIATES, LLC,  and Does 1 through 10<br><br>    Defendants<br>_____ | No: 3:14-cv-04028-TEH<br><br>**PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT BY DYNAMIC RECOVERY ASSOCIATES**<br><br>Date June 1, 2015<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Hon. Thelton E. Henderson |

## INTRODUCTION

Defendant Dynamic Recovery Associates moves for summary judgment based on its lack of "actual knowledge" of the status of Plaintiff's alleged account, and distancing itself from the defendant Accelerated Financial Solutions. The Defendant's theory is that to be liable under the FDCPA the defendant must have had "actual knowledge" of the legal status of the account, including the expiration of the <u>statute of limitations</u> for collection of the debt, the Plaintiff's notice to direct all communications to <u>her attorney</u>, the fact that the debt was