MORGAN D. KING Bar # 050887
Attorney & Counselor at Law
P.O. Box 2952
Dublin, CA 94568
Tel 925 829-6363
Fax 925 829-8724
Morgan@MorganKing.com
Attorney for Plaintiff Nancy Finley

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY H. FINLEY,<br><br>    Plaintiff,<br><br>v.<br><br>DYNAMIC RECOVERY SOLUTIONS, ACCELERATED FINANCIAL SOLUTIONS, CONSUMER RECOVERY ASSOCIATES, LLC and Does 1 through 10 and Does 1 through 10<br><br>    Defendants<br>_____ | No: 3:14-cv-04028-TEH<br><br>**DECLARATION OF MORGAN KING IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br><br>**EXHIBITS J - K**<br><br>Date June 8, 2015<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Hon. Thelton E. Henderson |

**RE: Plaintiff's response to motion for summary judgment by Dynamic Recovery Solutions.**

I, Morgan D. King, declare as follows:

1. I am an attorney in good standing with the California State Bar.

2. I am, and have been the Plaintiff's attorney for all times included in the Complaint.

3. I have personal knowledge of the matters stated below.

4. Exhibit "J" is a true and correct copy a single-page double-sided "dunning" letter the Plaintiff represents that she received from Defendant Dynamic dated May 7 2014.

**5. Exhibit "K"** is a set of e-mail messages I personally received from an attorney, Chad Echols, who represented Defendant Dynamic, and some I sent to him in reply.

**6. Exhibit "L"** is a print-out of a linkedin page that came up when I "Googled" key words related to Defendant Dynamic, to wit, 'Dynamic," "Recovery," and "Solutions." The search produced a web site with the URL http://dynamicrecovery.com/.

The search also produced a Linkedin page for Dynamic, - Linkedin.com/company/dynamic-recover-solutions." In the first paragraph appear the words "Dynamic Recovery Solutions is a full service debt collection agency." By clicking on the link "see more" one finds that Dynamic boasts, among other things, "Out of Statute Debt Collection" and "Off Bureau Debt Collections."

The same site produces the words "Accounts must be within the statute of limitations to be eligible for this treatment."

This raises an obvious question: If Dynamic only took debts for which the statutes of limitations had not expired, then what is to explain Dynamic sending a dunning letter to the Plaintiff for a time-barred debt? Likewise the inclusion of the message in its dunning letter referring to Plaintiff's credit report without acknowledging that the legal status is that the statute of limitations for entering negative items on a consumer's credit report (7 years) had long-since expired?

**7. Exhibit "M"** is a web page for an entity called "Bates Communications" that was produced with the same search.

**8. Exhibit "N"** Is a web page for a "William Lowry" whose web site came up with the same search.

Dated May 11, 2015

                            _____/S/_Morgan D. King_____
                            MORGAN D. KING,
                            Attorney for Plaintiff Nancy Finley

**EXHIBITS "J" THROUGH "K" ARE ATTACHED**

The letters identifying which document is referred to respectively are hand-written at the lower right corner of the first page of the document.

Nancy H Finley



May 7, 2014

PO BOX 25759 • GREENVILLE, SC 29616-0759



**You currently owe $39,969.99**
**Original Creditor: FIRST USA**
**Current Owner: Accelerated Financial Solutions**
**You DO Have Options!**

 Our office will allow you to settle your account for $13,989.50 if payment is received before 6/15/2014. We are not obligated to renew this offer. Upon receipt and clearance of your payment, this account will be considered satisfied and closed, and a settlement letter will be issued.

 Our office will allow you to settle your account for $19,985.00 in 2 payments starting on 6/15/2014. We are not obligated to renew this offer. The payments can be no more than 30 days apart. Upon receipt and clearance of these two payments of $9,992.50, this account will be considered satisfied and closed, and a settlement letter will be issued.

 Our office will allow you to settle your account for $25,980.49 in 4 payments starting on 6/15/2014. We are not obligated to renew this offer. The payments can be no more than 30 days apart. Upon receipt and clearance of these four payments of $6,495.12, this account will be considered satisfied and closed, and a settlement letter will be issued.

 If you are unable to accept one of the above settlement offers, please contact our office for a partial payment plan that you can afford. In many cases we can freeze the interest while you are adhering to a partial payment plan. We take pride in working with all customers, regardless of your current financial position.

Please contact us at 1-877-858-4197 if you have any questions. There may be other options available.

☎  1-877-858-4197

🖱  www.gotodrs.com/webpay
Your online password will be the last 4 digits of your SSN or your current account number.

✉  **PO BOX 25759, GREENVILLE, SC 29616-0759**

ACH DISCLOSURE: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When information from your check is used to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that you dispute the validity of the debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon you written request within 30 days after receipt of this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

▲ Please Detach And Return in The Enclosed Envelope With Your Payment ▲

PO BOX 25759
GREENVILLE, SC 29616-0759

154 330 00041985
400597

| For on-line payment, visit us at www.gotodrs.com/webpay |
|---|
| TO PAY BY CREDIT CARD, PLEASE COMPLETE THIS SECTION — ☐ VISA   ☐ MasterCard |
| CARD NUMBER | EXP. DATE |
| SIGNATURE | SECURITY CODE |
| ACCOUNT #  AFS0114AMG28325 | CIRCLE PAYMENT OPTION  1  2  3  4 | AMOUNT |

DYNAMIC RECOVERY SOLUTIONS
PO BOX 25759
GREENVILLE, SC 29616-0759

Nancy H Finley

J

00041985
4OPT
DRS.wfd

Federal law prohibits certain methods of debt collection, and requires that we treat you fairly. You can stop us from contacting you by writing a letter to us that tells us to stop the contact or that you refuse to pay the debt. Sending such a letter does not make the debt go away if you owe it. Once we receive your letter, we may not contact you again, except to let you know that there won't be any more contact or that we intend to take a specific action. If you have a complaint about the way we are collecting this debt, please write to us at PO Box 25759 Greenville, SC 29616-0759, email us at support@gotodrs.com or call us toll-free at 1-877-858-4197 between 9:00 A.M. and 5:00 P.M. EST, Monday - Friday.

The Federal Trade Commission enforces the Fair Debt Collection Practices Act (FDCPA). If you have a complaint about the way we are collecting your debt, please contact the FTC online at www.ftc.gov; by phone at 1-877-FTC-HELP; or by mail at 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.

**California Residents:**
As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described on the front of this letter.
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.
Nonprofit credit counseling services may be available in the area.

**Colorado Residents:  717 17th Street Suite 2300 Denver, CO 80202-3317 1-866-436-4766**
A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Toll Free No. (866) 996-1535
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA

**Idaho Residents:**
If the debt collector has a managerial or financial interest in the creditor, or the creditor has a managerial or financial interest in the debt collector, every communication with the debt must disclose the interest.
135 Interstate Blvd Ste 6 Greenville, SC 29615. Toll Free No. (866) 996-1535

**Kansas Residents:**
An investigative consumer report, which includes information as to your character, general reputation, personal characteristics and mode of living, has been requested. You have the right to request additional information, which includes the nature and scope of the investigation.

**Massachusetts Residents:**
 NOTICE OF IMPORTANT RIGHTS:
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.
Office Hours:  M-F 8:00 a.m. to 5:00 p.m.

**Maine Residents:** Hours of Operation: M-F 8:00 a.m. to 5:00 p.m. Toll Free No. (866) 996-1535

**Minnesota Residents:**  This collection agency is licensed by the Minnesota Department of Commerce.

**North Carolina Residents:**  North Carolina Permit: 103516

**New York City Residents:**  New York City Department of Consumer of Affairs License Number 612800

**Tennessee Residents:**  This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**Utah Residents:**  As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. We will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described on the front of this letter.

**Washington Residents:**  This collection agency is licensed in the State of Washington at the following address:
Collection Agency Program, Department of Licensing, PO Box 9034, Olympia, WA  98507-9034.

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will: obtain verification of the debt or obtain a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within thirty (30) days after receiving this notice, this office will provide you with the name and address of the original creditor. This is an attempt to collect a debt; any information obtained will be used for that purpose. This communication is from a debt collector.

J-2

From: Bette Bronson <bette.bronson@theecholsfirm.com>
Subject: **FW: Nancy Finley v Dynamic Recovery Solutions**
Date: June 23, 2014 7:11:24 AM PDT
To: "Morgan@morganking.com" <Morgan@morganking.com>

▸ 2 Attachments, 26.8 KB

Mr. King,

Chad could take a call with you on Thursday July 10th at 12:00pm or 5:00pm or July 11th at 12:00 pm or 5:00pm – all of these times are Eastern Standard Times.

Please let me know if any of these times will work for you.

Thank you,

Bette Bronson

The Echols Firm, llc

115 Oakland Ave., Suite 102 (29730)

P.O. Box 12645

Rock Hill, South Carolina 29731

803.329.8970

bette.bronson@theecholsfirm.com



The ECHOLS Firm, llc

PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication (including any attachment) is being sent by or on behalf of a lawyer or law firm and may contain confidential or legally privileged information. The sender does not intend to waive any privilege, including the attorney-client privilege, that may attach to this communication. If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication. If you have received this communication in error, please notify the sender immediately by email and delete this communication and all copies

---

**From:** Bette Bronson
**Sent:** Monday, June 16, 2014 2:42 PM
**To:** 'Morgan@morganking.com'
**Subject:** Nancy Finley v Dynamic Recovery Solutions

Mr. King,
I am contacting you on behalf of Chad Echols who represents the Dynamic Recovery Solutions.

K-1

Would you be available to take a call from Chad on July 11th in the afternoon?

Please let me know what time might work best for you.

Thanks you,

Bette Bronson

The Echols Firm, llc

115 Oakland Ave., Suite 102 (29730)

P.O. Box 12645

Rock Hill, South Carolina 29731

803.329.8970

bette.bronson@theecholsfirm.com



PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication (including any attachment) is being sent by or on behalf of a lawyer or law firm and may contain confidential or legally privileged information. The sender does not intend to waive any privilege, including the attorney-client privilege, that may attach to this communication. If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication. If you have received this communication in error, please notify the sender immediately by email and delete this communication and all copies

K-2

From: Chad Echols <chad.echols@theecholsfirm.com>
Subject: **Nancy Finley v. Dynamic Recovery Solutions, LLC**
Date: June 20, 2014 8:10:50 AM PDT
To: "morgan@morganking.com" <morgan@morganking.com>
Cc: Bette Bronson <bette.bronson@theecholsfirm.com>

1 Attachment, 3.0 KB

Mr. King:

Ms. Bronson from my office was hoping to get something set up with you, so that we could discuss the above-referenced matter.

I am out of the office on vacation, but I will be back in the office on Monday. I have some pressing matters the first of the week including some depositions. I would kindly request that you hold off filing your complaint until the two of us can discuss the matter. Ms. Bronson will get a date/time as soon as you and I can both be available. I would have gotten this on the calendar earlier but for my family vacation.

She will try to get a call on the schedule as soon as you and I can get it on our calendar.

I appreciate your consideration of this request.

Thank you.

**Chad V. Echols**

The Echols Firm, llc

115 Oakland Ave., Suite 102 (29730)

P.O. Box 12645

Rock Hill, South Carolina 29731

803.329.8970

chad.echols@theecholsfirm.com

Follow the firm on Twitter: @TheEcholsFirm



The ECHOLS Firm, llc

PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication (including any attachment) is being sent by or on behalf of a lawyer or law firm and may contain confidential or legally privileged information. The sender does not intend to waive any privilege, including the attorney-client privilege, that may attach to this communication. If you are not the intended recipient, you are not

K-3

From: Chad Echols <chad.echols@theecholsfirm.com>
Subject: **Re: Nancy Finley v. Dynamic Recovery Solutions, LLC**
Date: June 20, 2014 11:51:20 AM PDT
To: "<morgan@morganking.com>" <morgan@morganking.com>

Mr. King -

I am the attorney - Mrs. Bronson works for my office and was arranging the call.

Thanks -
Chad

Sent from my iPhone

On Jun 20, 2014, at 1:34 PM, "Morgan D. King Esq. Dublin Ca" <morgan@morganking.com> wrote:

Mr. Echols -

You appear to be represented by an attorney (Bronson). Under the rules of professional conduct with the California Bar Association (the licensing agency for attorneys) an attorney is not permitted to communicate directly with an individual represented by counsel ... I must go through the attorney.

If Ms. Bronson is not representing you, let me know.

- Morgan King, Esq.

------- Original Message ------- On 6/20/2014 3:10 PM Chad Echols wrote:

Mr. King:

Ms. Bronson from my office was hoping to get something set up with you, so that we could discuss the above-referenced matter.

I am out of the office on vacation, but I will be back in the office on Monday.  I have some pressing matters the first of the week including some depositions.  I would kindly request that you hold off filing your complaint until the two of us can discuss the matter.  Ms. Bronson will get a date/time as soon as you and I can both be available.  I would have gotten this on the calendar earlier but for my family vacation.

She will try to get a call on the schedule as soon as you and I can get it on our calendar.

I appreciate your consideration of this request.

Thank you.

K-4

From: Chad Echols <chad.echols@theecholsfirm.com>
Subject: **Automatic reply: Nancy Finley v. Dynamic Recovery Solutions, LLC**
Date: June 20, 2014 10:33:56 AM PDT
To: "Morgan D. King Esq. Dublin Ca" <morgan@morganking.com>

I am out of the office on vacation with limited access to email. If you need immediate assistance, please email Salley Odom at salley.odom@theecholsfirm.com or call her at 803-329-8972. If you have a new litigation matter, please make certain to let Salley you are contacting the firm regarding a newly filed/served lawsuit. She will contact me, and we will be sure to protect the applicable deadlines. Thank you.

Follow the firm on Twitter: @TheEcholsFirm

K-5

From: Chad Echols <chad.echols@theecholsfirm.com>
Subject: RE: Re: Nancy Finley v. Dynamic Recovery Solutions, LLC
Date: June 23, 2014 6:03:35 AM PDT
To: "morgan@morganking.com" <morgan@morganking.com>
Cc: Bette Bronson <bette.bronson@theecholsfirm.com>

1 Attachment, 0.5 KB

Thank you. I am including Bette who will set the call.

Talk to you soon.

**Chad V. Echols**

The Echols Firm, llc

115 Oakland Ave., Suite 102 (29730)

P.O. Box 12645

Rock Hill, South Carolina 29731

803.329.8970

chad.echols@theecholsfirm.com


From: Morgan D. King Esq. Dublin Ca [mailto:morgan@morganking.com]
Sent: Friday, June 20, 2014 2:59 PM
To: Chad Echols
Subject: RE: Re: Nancy Finley v. Dynamic Recovery Solutions, LLC

Ok.

As a professional courtesy I will hold off filing until the end of the business day on Monday, June 30.

If you will suggest two or three dates and times I think we can settle on a time to confer. I'm on the west coast.

- Morgan King


------- Original Message ------- On 6/20/2014 6:51 PM Chad Echols wrote:

Mr. King -

I am the attorney - Mrs. Bronson works for my office and was arranging the call.

K-6

From: Bette Bronson <bette.bronson@theecholsfirm.com>
Subject: **Nancy Finley v Dynamic Recovery Solutions, LLC**
Date: August 21, 2014 7:32:07 AM PDT
To: "morgan@morganking.com" <morgan@morganking.com>
Cc: Chad Echols <chad.echols@theecholsfirm.com>
1 Attachment, 8.5 KB

Mr. King,

Thank you for providing the service date for the above referenced matter.

I have calendared an answer for September 7th.

Please let me know if you would like to continue to communicate with Mr. Echols via email, or I can set up a call between the two of you to discuss the matter.

Please feel free to scan and email anything you would like for us to have, we do not have a fax machine.

Regards,

Bette Bronson

The Echols Firm, llc

115 Oakland Ave., Suite 102 (29730)

P.O. Box 12645

Rock Hill, South Carolina 29731

803.329.8970

bette.bronson@theecholsfirm.com



The ECHOLS Firm, llc

PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication (including any attachment) is being sent by or on behalf of a lawyer or law firm and may contain confidential or legally privileged information. The sender does not intend to waive any privilege, including the attorney-client privilege, that may attach to this communication. If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication. If you have received this communication in error, please notify the sender immediately by email and delete this communication and all copies

K-7