MORGAN D. KING Bar # 050887
Attorney & Counselor at Law
P.O. Box 2952
Dublin, CA 94568
Tel 925 829-6363
Fax 925 829-8724
Morgan@MorganKing.com
Attorney for Plaintiff Nancy Finley

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY H. FINLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DYNAMIC RECOVERY SOLUTIONS, ) <br> ACCELERATED FINANCIAL ) <br> SOLUTIONS, CONSUMER RECOVERY ) <br> ASSOCIATES, LLC and Does 1 through 10 ) <br> and Does 1 through 10 ) <br> ) <br> Defendants ) <br> ) <br> _____) | No: 3:14-cv-04028-TEH <br><br> DECLARATION OF MORGAN KING IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT <br><br> **EXHIBITS L-N** <br><br> Date June 8, 2015 <br> Time: 10:00 a.m. <br> Courtroom: 2 <br> Hon. Thelton E. Henderson |

**RE: Plaintiff's response to motion for summary judgment by Dynamic Recovery Solutions.**

I, Morgan D. King, declare as follows:

1. I am an attorney in good standing with the California State Bar.

2. I am, and have been the Plaintiff's attorney for all times included in the Complaint.

3. I have personal knowledge of the matters stated below.

4. Exhibit "J" is a true and correct copy a single-page double-sided "dunning" letter the Plaintiff represents that she received from Defendant Dynamic dated May 7 2014.

**5. Exhibit "K"** is a set of e-mail messages I personally received from an attorney, Chad Echols, who represented Defendant Dynamic, and some I sent to him in reply.

- 1 –
Declaration of Morgan D. King in response to motion for summary judgment by Dynamic Recovery Solutions

**6. Exhibit "L"** is a print-out of a linkedin page that came up when I "Googled" key words related to Defendant Dynamic, to wit, 'Dynamic," "Recovery," and "Solutions." The search produced a web site with the URL http://dynamicrecovery.com/.

The search also produced a Linkedin page for Dynamic, -Linkedin.com/company/dynamic-recover-solutions." In the first paragraph appear the words "Dynamic Recovery Solutions is a full service debt collection agency." By clicking on the link "see more" one finds that Dynamic boasts, among other things, "Out of Statute Debt Collection" and "Off Bureau Debt Collections."

The same site produces the words "Accounts must be within the statute of limitations to be eligible for this treatment."

This raises an obvious question: If Dynamic only took debts for which the statutes of limitations had not expired, then what is to explain Dynamic sending a dunning letter to the Plaintiff for a time-barred debt? Likewise the inclusion of the message in its dunning letter referring to Plaintiff's credit report without acknowledging that the legal status is that the statute of limitations for entering negative items on a consumer's credit report (7 years) had long-since expired?

**7. Exhibit "M"** is a web page for an entity called "Bates Communications" that was produced with the same search.

**8. Exhibit "N"** Is a web page for a "William Lowry" whose web site came up with the same search.

Dated May 11, 2015


        _____/S/_Morgan D. King_____
        MORGAN D. KING,
        Attorney for Plaintiff Nancy Finley


**EXHIBITS "L" THROUGH "N" ARE ATTACHED**

The letters identifying which document is referred to respectively are hand-written at the lower right corner of the first page of the document.





Ariba Network | Ariba Discovery | Ariba Exchange

ARIBA DISCOVERY™  I'm Buying   I'm Selling

Join Ariba Discovery | Feedback | Help | Log In
Welcome to Ariba Discovery

Home  Sellers  Customers  About

## Supplier Profile

Save  Done
Share:

**Public Profile:** http://discovery.ariba.com/profile/AN01014135912 | ANID: AN01014135912 | Last Update: 13 Mar 2014

### Dynamic Recovery Solutions
Greenville, SC, United States

Dynamic is a sophisticated full service debt collection agency.

Corporate Web Site | Follow Us

Contact Supplier

**Description**

Dynamic is a full service, professional debt collection agency. We offer pre-collections, lettering services, customer service, late stage collections, legal collections, skip tracing and credit reporting. Dynamic has over two decades of debt management experience and our track record has earned us the confidence of our clients, regulators and investors. We currently have offices in Greenville SC, Charleston SC, and Virginia Beach, VA. Respect for the individual means every DRS associate is expected to uphold the dignity, respect, and self esteem of every person we contact. We have additional standards that go well beyond the minimum requirements of the law. We are registered with the CFPB as well as the BBB and all DRS associates are FDCPA and HIPPA compliant.

**Business Info**

**Legal & Fiscal**
State of Incorporation: South Carolina
Type of Org: Partnership
Business Type: Service Provider
Year Founded: 2008
Revenue: $1M to $5M USD

Employees: 300

**Certifications**
No information available

**Ship-to or Service Locations**
- United States

**Product and Service Categories**
- Debt collection services

**Industries**
- Financial Services & Banking
- Healthcare
- Retail
- Higher Education & Research
- Telecommunications

view more »

**Activity Data**

**Ariba Network**
No information available

**Ariba Sourcing**
No information available

**Ariba Discovery**
No information available

**References**
This supplier doesn't have any references.

Done

**About Ariba Discovery**
Ariba Discovery is the premier service for matching business buyers and sellers globally.

© 1996–2014 Ariba, Inc. All rights reserved.

About Us
Ariba

Legal
Data Policy
Security Disclosure
Terms of Use

Links
Our Customers
Our Partners
FAQ
What's new on Ariba Discovery

M-1

 

# Consumer Recovery Associates Partners with Dynamic Recovery Solutions

## CRA outsources debt portfolio to South Carolina firm

June 15, 2011 09:00 AM Eastern Daylight Time

VIRGINIA BEACH, Va.--(BUSINESS WIRE)--Consumer Recovery Associates, a Virginia-based financial services business, announced today that the company is partnering with Dynamic Recovery Solutions of Greenville, SC, and outsourcing the collection of a new debt portfolio to Dynamic Recovery.

Outsourcing is part of a new business strategy for Consumer Recovery Associates (CRA). Outsourcing a portfolio to Dynamic Solution gives CRA greater operational capacity and augments the company's Greenville office. CRA, headquartered in Virginia Beach, VA, operates a call center with over 40 employees in Greenville.

"Our partnership with Dynamic Recovery is the first outsourcing we've done under this new strategy," said Kalin Scott, president of CRA. "Selecting Dynamic Recovery to work with was an easy decision based on the company's excellent track record," said Scott. "Plus the company is U.S. based and located literally right next door to our South Carolina office."

Dynamic Recovery Solutions is a full service debt collection agency, licensed as required in all states. The company's management team has over fifty years of combined experience in the collection industry. A boutique agency, Dynamic Recovery Solutions is known for its high level of individualized customer service.

CRA is a privately held company that is nationally licensed, bonded, and insured. CRA takes pride in meeting and exceeding government standards in debt collection practices, credit reporting and privacy protection.

For more information, contact pr@consumerrecovery.com

Contacts
For Consumer Recovery Associates
Diane Bates, 706-265-9072
dbates@batescommunications.com

M-2



Press Release | Wed Jun 15, 2011 9:00am EDT

# Consumer Recovery Associates Partners with Dynamic Recovery Solutions

*Reuters is not responsible for the content in this press release.

Consumer Recovery Associates Partners with Dynamic Recovery Solutions

*CRA outsources debt portfolio to South Carolina firm*

Consumer Recovery Associates, a Virginia-based financial services business, announced today that the company is partnering with Dynamic Recovery Solutions of Greenville, SC, and outsourcing the collection of a new debt portfolio to Dynamic Recovery.

Outsourcing is part of a new business strategy for Consumer Recovery Associates (CRA). Outsourcing a portfolio to Dynamic Solution gives CRA greater operational capacity and augments the company's Greenville office. CRA, headquartered in Virginia Beach, VA, operates a call center with over 40 employees in Greenville.

"Our partnership with Dynamic Recovery is the first outsourcing we've done under this new strategy," said Kalin Scott, president of CRA. "Selecting Dynamic Recovery to work with was an easy decision based on the company's excellent track record," said Scott. "Plus the company is U.S. based and located literally right next door to our South Carolina office."

Dynamic Recovery Solutions is a full service debt collection agency, licensed as required in all states. The company's management team has over fifty years of combined experience in the collection industry. A boutique agency, Dynamic Recovery Solutions is known for its high level of individualized customer service.

CRA is a privately held company that is nationally licensed, bonded, and insured. CRA takes pride in meeting and exceeding government standards in debt collection practices, credit reporting and privacy protection.

For more information, contact pr@consumerrecovery.com

For Consumer Recovery Associates
Diane Bates, 706-265-9072
dbates@batescommunications.com

More From Reuters

TRENDING ON REUTERS

M-3

iam Lowery | LinkedIn                                                                                      https://www.linkedin.com/in/collectdebt

| Home | Profile | Connections | Jobs | Interests | | Business Services | Try Premium for free |

Are You a Female Director - You're Invited to Join the National Association of Professional Women. | Read More »



### William Lowery  3rd
Business Development | Client Relations Manager | Debt Sales and Acquisitions | Late Stage Debt Specialist
Greenville, South Carolina Area | Financial Services

| Current | Dynamic Recovery Solutions | International Collection Services, LLC (ICS) |
| Previous | Roper St. Francis Healthcare, Caterpillar Inc., Woodlands Mansion |
| Education | Trident Technical College |

Connect    Send William InMail  ▼          **275** connections

https://www.linkedin.com/in/collectdebt                                    Contact Info

**People Similar to William**



Mary Nick  3rd
Business Development Manager at Veritas Au...
Connect

**Ads You May Be Interested In**


Let us consult with you..
Wellspring consults with various groups to achieve maximum results!


CEOs Talking With CEOs
Have conversations that make a difference to your business. Join Vistage.


Teach English Abroad
Learn to teach English as a second language. Free info session on May 28.


Kristian Baxley
Business Development/ Client Services/ Exec. Admin. at CCPB Management Services (for DRS and SRG)


David Davidson
Practice Success Advisor at PatientPay, Inc.


Nancy Crenshaw
Revenue Cycle Management- EMS DIVISION


Kristen G. Magee, MBA
Biotech Sales and Reimbursement, Business Development, and Practice Administration


David Butrico
Owner Operator Xtreme Clean Powerwashing LLC


Sandy Scott
Immunology Account Executive, Abbvie Immunology


Jessica Honea
Lead Recovery Specialist

## Background

### Summary

Dynamic Recovery Solutions is a sophisticated, full service debt collection agency. As the "2012 Past Statute Agency of the Year", we help businesses like yours collect debts of all age and type, including credit card debt, medical bills and more.

In today's world of debt recovery the old adage: "You get what you pay for" has never been more apparent. Many agencies have scaled back their services and fees, in turn, their collection efforts diminish immensely. Your office will suffer in an environment when the "net back" doesn't meet your expectations and the debt continues to age.

We take pride in the relationships we have developed with many of the nation's largest and most respected businesses. Our clients appreciate our openness, honesty, and integrity as we work with them and their customers to resolve each unpaid debt in a fair and respectful manner.

If you are looking to hand off your collections tasks to a responsive and progressive agency whose mission is to deliver unmatched performance and service, please contact us to find out more about what we have to offer at Dynamic Recovery Solutions.

Specialties:

- Debt Collection Management
- Late Stage Debt
- Out of Statute Debt
- Off Bureau Debt

### Experience

**Business Development and Client Relations Manager**                         DYNAMIC
Dynamic Recovery Solutions | International Collection Services, LLC (ICS)
September 2010 – Present (4 years 9 months) | Greenville, South Carolina Area

Currently, my efforts focus on strengthening Dynamics appeal to current and prospective clients. I work to accomplish this through contributions and refinement of the company's vision and strategy. I enjoy sourcing, managing, and implementing new business opportunities as well as promotion of our current

