MORGAN D. KING Bar # 050887
Attorney & Counselor at Law
P.O. Box 2952
Dublin, CA 94568
Tel 925 829-6363
Fax 925 829-8724
Morgan@MorganKing.com
Attorney for Plaintiff Nancy Finley

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY H. FINLEY,<br><br>      Plaintiff,<br><br>v.<br><br>DYNAMIC RECOVERY SOLUTIONS, ACCELERATED FINANCIAL<br><br>SOLUTIONS, CONSUMER RECOVERY ASSOCIATES, LLC and Does 1 through 10 and Does 1 through 10<br><br><br>      Defendants<br>_____ | No: 3:14-cv-04028-TEH<br><br>**DECLARATION OF NANCY H. FINLEY IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY SUMMARY JUDGMENT BY DYNAMIC RECOVERY SOLUTIONS**<br><br>RE: EXHIBITS J THROUGH N<br><br>Date June 8, 2015<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Hon. Thelton E. Henderson |

RE: Plaintiff's response to motion for summary judgment by Dynamic Recovery Solutions.

I, Nancy H. Finley, declare as follows:

**1. I am the Plaintiff** in the above titled action:

**2. I hereby incorporate by reference** the exhibits and accompanying declarations heretofore filed in this matter in connection with the motion for summary judgment by Consumer

Recovery Associates, labeled Exhibits "A" though "I" filed as exhibits attached to declarations by myself and my attorney Morgan D King;

**3. I have personal** knowledge of the matters stated below;

**4. Exhibits "J"** through **"N"** attached to the Declarations of my attorney Morgan D. King in response to the motion for summary judgment by Dynamic Recovery Solutions are true and correct copies of exhibits of original records of telephone calls, correspondence, and web site pages I personally obtained or obtained and given to me by my attorney on information and belief, and as to those matters I believe them to be true, as follows;

**4. Exhibit "J"** is a true and correct copy a single-page double-sided "dunning" I received from Defendant Dynamic Recovery Solutions dated May 7 2014;

**5. Exhibit "K"** is a set of e-mail messages sent to my attorney by an attorney, Chad Echols, who represented to him that he was the attorney for Defendant Dynamic Recovery Solutions;

**6. Exhibit "L"** is a print-out of a linkedin page that came up when my attorney and I together "Googled" key words related to Defendant Dynamic, to wit, 'Dynamic," "Recovery," and "Solutions." The search produced a web site with the URL http://dynamicrecovery.com/.

The search also produced a Linkedin page for Dynamic, - Linkedin.com/company/dynamic-recover-solutions." In the first paragraph appear the words "Dynamic Recovery Solutions is a full service debt collection agency." By clicking on the link "see more" one finds that Dynamic boasts, among other things, "Out of Statute Debt Collection" and "Off Bureau Debt Collections."

The same site produces the words "Accounts must be within the statute of limitations to be eligible for this treatment."

**7. Exhibit "M"** is a web page for an entity called "Bates Communications" that was produced with the same search.

**8. Exhibit "N"** Is a web page for a "William Lowry" whose web site came up with the same search, representing, among other things, that he is a "specialist" with regard to "Out of Statute Debt; Off Bureau Debt." This language is found on Exhibit "N" in the lower left corner, above the small symbol and word "Experience."

**"N"** Is a web page for a "William Lowry" whose web site came up with the same search.

Dated May 11, 2015

I declare that the statements made above are true and correct, except as to those things stated under information and belief, and as to those things I believe they are true.

**May 11 2015**

          _____/S/_Nancy H. Finley_____
          **Plaintiff**