MORGAN D. KING Bar # 050887
Attorney & Counselor at Law
P.O. Box 2952
Dublin, CA 94568
Tel 925 829-6363
Fax 925 829-8724
Morgan@MorganKing.com
Attorney for Plaintiff Nancy H. Finley

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY H. FINLEY,<br><br>    Plaintiff,<br>v.<br><br>DYNAMIC RECOVERY SOLUTIONS,<br>ACCELERATED FINANCIAL<br>SOLUTIONS, CONSUMER RECOVERY<br>ASSOCIATES, LLC, and Does 1 - X<br><br>    Defendants<br>_____ | No: 3:14-cv-04028-TEH<br><br>**ORDER ON MOTION FOR<br>SUMMARY JUDGMENT**<br><br>Date: June 8 2015<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Hon. Thelton E. Henderson |

The Court, having reviewed the submissions and arguments presented by counsel, and on determining that the Plaintiff's Response to the Motion for Summary Judgment by Defendant Dynamic Recovery Solutions, and Plaintiff's Declarations offered in support thereof, are well founded

   [Proposed] Order Denying Motion for Summary Judgment

IT IS HEREBY ORDERED Motion for Summary Judgment by Defendant Consumer Recovery Associates is hereby Denied.

SO ORDERED this ___ day of _____ , 2015

_____
                        Hon. Thelton E. Henderson