MORGAN D. KING Bar # 050887
Attorney & Counselor at Law
P.O. Box 2952
Dublin, CA 94568
Tel 925 829-6363
Fax 925 829-8724
Morgan@MorganKing.com
Attorney for Plaintiff Nancy Finley

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY H. FINLEY, ) | |
| ) | |
| Plaintiff, ) | No: 3:14-cv-04028-TEH |
| v. ) | |
| DYNAMIC RECOVERY SOLUTIONS, ) | PROOF OF SERVICE |
| ACCELERATED FINANCIAL ) | ELECTONICALLY AND |
| SOLUTIONS, CONSUMER RECOVERY ) | BY U.S. POST |
| ASSOCIATES, LLC, and Does 1 through 10 ) | |
| ) | Date June 8, 2015 |
| Defendants ) | Time: 10:00 a.m. |
| ) | Courtroom: 2 |
| _____ ) | Hon. Thelton E. Henderson |

**PROOF OF SERVICE ELECTRONICALLY**

I declare that: I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within entitled cause; In respsonse to the Motion For Summary Judgment by Dynamic Recovery Solutions, I hereby certify that on May 12, 2015 true and correct copies of the Plaintiff's Response With Points & Authorities, the Declarations of Morgan D. King and Nancy H. Finley with exhibits, and Proposed Order, were served electronically via CM/ECF to all parties receiving notice via CM/ECF, including , on:

| | |
|---|---|
| Debbie P. Kirkpatrick, Esq. (SBN 207112)<br>SESSIONS, FISHMAN, NATHAN & ISRAEL<br>1545 Hotel Circle South, Suite 150<br>San Diego, CA 92108-3426<br>Tel: 619/758-1891<br>drichard@sessions-law.biz<br>dkirkpatrick@sessions-law.biz | Jeanne L. Zimmer CARLSON & MESSER LLP<br>5959 W. Century Boulevard, Suite 1214 Los Angeles, California 90045 Direct: (310) 242-2212 Phone: (310) 242-2200 Fax: (310) 242-2222 Email: Zimmerj@cmtlaw.com |

Dated May 12, 2015            _____/S/_Morgan D. King_____
                              MORGAN D. KING,
                              Attorney for Plaintiff Nancy H. Finley

- 1 –
Declaration of Morgan D. King in Support of Plaintiff's Response to Motion For Summary judgment

# PROOF OF SERVICE BY U.S. POST

I declare that: I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is:

On Wednesday May 13 2015 I served the Plaintiff's Memorandum and Points And Authorities, and the declarations of Plaintiff Nancy H. Finley and Morgan D. King, and Proposed Order, were served on the persons at the addresses shown below, by placing true copies thereof enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States mail at Dublin, California, as follows:

| | |
|---|---|
| Debbie P. Kirkpatrick, Esq. (SBN 207112)<br>SESSIONS, FISHMAN, NATHAN & ISRAEL<br>1545 Hotel Circle South, Suite 150<br>San Diego, CA 92108-3426<br>Tel: 619/758-1891<br>drichard@sessions-law.biz<br>dkirkpatrick@sessions-law.biz | Jeanne L. Zimmer CARLSON & MESSER LLP 5959 W. Century Boulevard, Suite 1214 Los Angeles, California 90045 Direct: (310) 242-2212 Phone: (310) 242-2200 Fax: (310) 242-2222 Email: Zimmerj@cmtlaw.com |

Dated May 13, 2015           _____/S/_Morgan D. King_____
                             MORGAN D. KING,
                             Attorney for Plaintiff Nancy H. Finley

Declaration of Morgan D. King in Support of Plaintiff's Response to Motion For Summary judgment