UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY H. FINLEY,<br><br>         Plaintiff,<br><br>   vs.<br><br>DYNAMIC RECOVERY SOLUTIONS, ACCELERATED FINANCIAL SOLUTIONS, CONSUMER RECOVERY ASSOCIATES, LLC and Does 1 through 10,<br><br>         Defendants. | Case No. 14-cv-04028-TEH<br><br>Hon. Thelton E. Henderson<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE MEDIATION CUT-OFF DATE AND STATUS CONFERENCE |

Having considered the Defendants' Motion for Administrative Relief to Continue Mediation Cut-Off Date and Status Conference, and for good cause shown,

IT IS HEREBY ORDERED that the mediation cut-off date is extended up to and including November 9, 2015.  ~~The status conference presently scheduled with Magistrate Judge Vadas on August 25, 2015 at 1:00 p.m. is continued to _____, 2015 at _____.~~

**The parties shall seek a continuance of the August 25, 2015 status conference by administrative motion or stipulation submitted to Magistrate Judge Vadas.**

DATED: 07/20/15

Hon.
United 

IT IS SO ORDERED AS MODIFIED
Judge Thelton E. Henderson