# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY H. FINLEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DYNAMIC RECOVERY SOLUTIONS, ACCELERATED FINANCIAL SOLUTIONS, CONSUMER RECOVERY ASSOCIATES LLC, and Does 1 through 10,<br><br>　　　　　Defendants. | Case no. 3:14-cv-04028-TEH<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed with prejudice, with respect to Defendants DYNAMIC RECOVERY SOLUTIONS and ACCELERATED FINANCIAL SOLUTIONS. Each party shall bear its own costs and expenses.

DATED: 02/16/2016　　　　　　　　_/s/ Thelton E. Henderson_
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE